IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELVIN WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:05-CV-2157-D |
| VS. | § | |
| | § | |
| BRIAN KEITH GREENLEE, et al., | § | |
| | § | |
| Defendants. | § | |

**<u>ORDER</u>**

After making an independent review of the pleadings, files, and records in this case, and the April 26, 2007 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted. Plaintiff's action against defendant Dallas County, Texas is dismissed with prejudice by Fed. R. Civ. P. 54(b) judgment filed today.

Pursuant to Rule 4(m), the court orders that plaintiff demonstrate good cause, in accordance with Rules 4(m) and 6(b), for failing to effect service on defendant Brian Keith Greenlee ("Greenlee"). This must be done by filing a written response with the clerk of court no later than June 21, 2007. If the court does not receive the required response on or before the response date, or if the response received by the court fails to demonstrate good cause, the court will dismiss this action without prejudice as to Greenlee by authority of Rule 4(m). The dismissal of Greenlee will

also result in the closure of the entire case.

**SO ORDERED**.

May 30, 2007.

                                              SIDNEY A. FITZWATER
                                              UNITED STATES DISTRICT JUDGE